FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 DEC 13 P 12:07

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR BANK ROBBERY**

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-00243 |
| v. | * | SECTION: SECT. J MAG. 3 |
| LEVI HERMAN | * | VIOLATION: 18 U.S.C. § 2113(a) |
| | * | |

\* \* \*

The Grand Jury charges that:

## COUNT 1

On or about December 4, 2019, in the Eastern District of Louisiana, the defendant, **LEVI HERMAN**, by force, violence and intimidation, did take from the person or presence of another approximately $1,900.00 of United States currency, belonging to and in the care, custody, control, management, and possession of the Capital One Bank, in New Orleans, Louisiana, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

```
X Fee    USA
__ Process____
X Dktd____
__ CtRmDep____
__ Doc. No.____
```

## **NOTICE OF FORFEITURE**

1.  The allegations of Count 1 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.  As a result of the offense alleged in Count 1, the defendant, **LEVI HERMAN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property real or personal which constitutes or is derived from proceeds traceable to said offense, including but not limited to the following: $1,900 U.S. currency.

3.  If any of the above-described property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

PETER G. STRASSER
UNITED STATES ATTORNEY

_____
SPIRO G. LATSIS
Assistant United States Attorney

New Orleans, Louisiana
December 13, 2019

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
Eastern *District of* Louisiana
_____ Criminal _____ *Division*

## THE UNITED STATES OF AMERICA

vs.

**LEVI HERMAN**

## INDICTMENT
**BANK ROBBERY**

**VIOLATION:** Title 18, U.S.C., Section 2113(a)

Filed in open court this _____ day of _____ A.D. 2019.

_____
Clerk

Bail, $ _____

*[signature]*
**SPIRO G. LATSIS**
Assistant United States Attorney