UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-243 |
| VERSUS | SECTION "J" |
| LEVI HERMAN | VIOLATION: 18 U.S.C. § 2113 |

**NOTICE OF <u>ARRAIGNMENT</u> on DECEMBER 23, 2019 AT 2:00 P.M.**

Take notice that this criminal case has been set for ARRAIGNMENT on MONDAY, DECEMBER 23, 2019, 2:00 p.m. before Magistrate Judge MICHAEL B. NORTH, Courtroom B-407, 500 Poydras Street, New Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  December 13, 2019

TO:

LEVI HERMAN
Counsel for Defendant:
Maura Doherty, Asst. FPD

WILLIAM W. BLEVINS, CLERK

by: Gail Chauvin,  Deputy Clerk

AUSA:  Spiro G. Latsis, T.A.

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

JUDGE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER:  No

Special Agent Jeffrey Heath
Federal Bureau of Investigations

If you change address,
notify clerk of court
by phone, 589-7694